> **Motion GRANTED.**
> **ICMC reset for**
> **5/25/12 at 11:30 a.m.**
>
> */s/ Aleta A. Trauger/*

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MULLEN MARKETING, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:12-102 |
| | ) |
| ACT BROKERAGE, INC., | ) Judge Trauger |
| | ) Magistrate Judge Brown |
| Defendant. | ) |

## MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff, Mullen Marketing, LLC, ("Plaintiff"), by counsel, and for its Motion to Reset Initial Case Management Conference, states as follows:

On January 24, 2012, the Court set the above-referenced matter for an initial case management conference to occur at 11:00 a.m. on Friday, May 4, 2012. (Docket Entry No. 3). Prior to the setting of this initial case management conference, the undersigned made plans to be on vacation beginning Friday, May 4 and returning Tuesday, May 15, 2012. As the below counsel is lead counsel for Plaintiff, the Plaintiff respectfully requests this Court to reset the initial case management conference for a time when counsel will be able to attend.

Therefore, the Plaintiff respectfully requests this Court to grant its Motion to reset the initial case management conference.

Respectfully submitted,

*s/Thomas B. Russell*
Thomas B. Russell, #26011
GULLETT, SANFORD, ROBINSON
 & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-49994
trussell@gsrm.com

Attorneys for Plaintiff

478400.1/2011554