Motion GRANTED.
ICMC reset for
5/25/12 at 11:30 a.m.

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MULLEN MARKETING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 3:12-102** |
| | ) | |
| **ACT BROKERAGE, INC.,** | ) | **Judge Trauger** |
| | ) | **Magistrate Judge Brown** |
| **Defendant.** | ) | |

## MOTION TO RESET INITIAL CASE MANAGEMENT CONFERENCE

Comes now the Plaintiff, Mullen Marketing, LLC, ("Plaintiff"), by counsel, and for its Motion to Reset Initial Case Management Conference, states as follows:

On January 24, 2012, the Court set the above-referenced matter for an initial case management conference to occur at 11:00 a.m. on Friday, May 4, 2012. (Docket Entry No. 3). Prior to the setting of this initial case management conference, the undersigned made plans to be on vacation beginning Friday, May 4 and returning Tuesday, May 15, 2012. As the below counsel is lead counsel for Plaintiff, the Plaintiff respectfully requests this Court to reset the initial case management conference for a time when counsel will be able to attend.

Therefore, the Plaintiff respectfully requests this Court to grant its Motion to reset the initial case management conference.

Respectfully submitted,

s/Thomas B. Russell
Thomas B. Russell, #26011
GULLETT, SANFORD, ROBINSON
  & MARTIN, PLLC
150 Third Avenue South, Suite 1700
Nashville, TN 37201
(615) 244-49994
trussell@gsrm.com

Attorneys for Plaintiff